UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

BARBARA ZINNAMON,

                Plaintiff,

-against-

OUTSTANDING BUS CO.,

                Defendant.

------------------------------------------------------------------ X

DWIGHT DAVIDSON JR.,

                Plaintiff,

-against-

OUTSTANDING BUS CO.,

                Defendant.

------------------------------------------------------------------ X

NOT FOR PRINT OR ELECTRONIC PUBLICATION

ORDER

08-CV-1787 (ARR) (LB)

08-CV-1786 (ARR) (LB)

ROSS, United States District Judge:

        The court has received the Report and Recommendation on the instant cases dated August 31, 2009 from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety,

as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). The Clerk of the Court is directed to close the case.

SO ORDERED.

/s/ ARR

Allyne R. Ross
United States District Judge

Dated: September 21, 2009
 Brooklyn, New York